FILED
SUPERIOR COURT
OF GUAM

2014 APR 22 AM 8: 59

CLERK OF COURT
BY:___X___

## IN THE SUPERIOR COURT OF GUAM

| THE PEOPLE OF GUAM, | CRIMINAL CASE NO. CF 0474-13 |
|---|---|
| v. | |
| MIGUEL MARIANO MUNA CASTRO, ALCANDER PREWITT MENO SALAS, THERESA DUMANAL CASTRO, BENJAMIN THOMAS PEREZ RECANOR, SHAWN ERIC MARTINEZ, | **DECISION AND ORDER** |
| Defendants. | |

This matter came before the Honorable Arthur R. Barcinas on April 18, 2014, on Defendant Miguel Mariano Muna Castro's Motion to Sever or in the Alternative Postpone Trial. Terence E. Timblin represents Defendant Castro and Assistant Attorney General Nicole D. Driscoll represents the Government. For the reasons set forth below, the Court denies the Motion.

Per the Indictment returned on September 10, 2013, Defendant Castro and his Co-Defendants are charged with various counts of burglary and theft. This Court held a pretrial conference on April 9, 2014 and the matter is set for trial on April 23, 2014. On April 18, 2014, Defendant Castro filed his Motion to Sever or in the Alternative Postpone Trial. Defendant Castro requests severance or postponement because, due to a tuberculosis quarantine at the Department of Corrections facility, defense counsel was unable to confer with him on April 17, 2014 regarding a plea offer. Defendant Castro maintains that "[t]hese circumstances have rendered it impossible to either attempt to settle the above matter or to properly prepare for trial[,]" but provides no further factual detail with respect to the quarantine or how the one-day restriction affects trial preparation or negotiations. Defendant Castro likewise presents no

statutory or legal authority to support his request for severance or a continuance. Accordingly, Defendant Castro's Motion is DENIED.

IT IS SO ORDERED this day of ___APR 2 2 2014___

HONORABLE ARTHUR R. BARCINAS
Judge, Superior Court of Guam

SERVICE VIA COURT BOX
I acknowledge that a copy of this
original hereto was placed in the
court box of:
AG.; ITUMBLIAL; ACAMACHO
J. MOBIS; APD; OMR
Date: 4/22/14  Time: 9:00 AM

Deputy Clerk, Superior Court of Guam